**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------**X
BYRON BREEZE, JR., *on behalf of himself,*          **CASE NO.: 1:18-cv-08452-DAB**
*and all similarly situated individuals,*

       Plaintiff,

  v.

BD HOTELS LLC, *a New York limited*
*liability company,*

       Defendant.
**---------------------------------------------------**X

## NOTICE OF SETTLEMENT

Plaintiff, BYRON BREEZE, JR., hereby notifies this Court that a settlement in principle has been reached in this case. The parties are in the process of finalizing the terms of their agreement, and request a stay for thirty (30) days for Plaintiff to either file a Notice of Dismissal with Prejudice or litigation will resume.

DATED this **25th** day of **September**, 2018.

                          Respectfully Submitted,

                          **LAW OFFICES OF NOLAN KLEIN, P.A.**
                          *Attorneys for Plaintiff*
                          39 Broadway, Ste. 2250
                          New York, NY 10006
                          PH:   (646) 560-3230
                          FAX:  (877) 253-1691

     By:  */s/ Nolan Klein*
              NOLAN KLEIN, ESQ.
              (NK4223)
              klein@nklegal.com
              amy@nklegal.com

              ~and~

**BASHIAN & PAPANTONIOU, P.C.**
*Attorneys for Plaintiff*
500 Old Country Road, Ste. 302
Garden City, NY 11530
Tel: (516) 279-1554
Fax: (516) 213-0339

*By:* */s/ Erik M. Bashian*
**ERIK M. BASHIAN, ESQ. (EB7326)**
eb@bashpaplaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **25th** day of **September**, 2018.

By: */s/ Nolan Klein*
NOLAN KLEIN, ESQ.
(NK4223)